# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | |
|---|---|
| T. V. D. B. SARL; KAPLA FRANCE SARL; and TOM'S TOYS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>KAPLA USA, LP; KAPLA USA GP, LLC; CITIBLOCS, LLC; and MARJORIE I. CHAYETTE,<br><br>Defendants. | Case No. CV412-230 |

## ORDER

The Court having reviewed and considered the petitions of Sarah Hayward and Jeff Southerland of the law firm of Tuggle, Duggins P.A., 100 North Greene Street, Suite 600, Greensboro, North Carolina 27401, for permission to appear pro hac vice on behalf of defendants KAPLA USA, LP; KAPLA USA GP, LLC; CITIBLOCS, LLC; and MARJORIE I. CHAYETTE, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Sarah Hayward and Jeff Southerland as counsel of record for defendants KAPLA USA, LP; KAPLA USA GP, LLC; CITIBLOCS, LLC; and MARJORIE I. CHAYETTE, in this case.

**SO ORDERED** this __13th__ day of December, 2012.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA