UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

T.V.D.B. SARL; KAPLA FRANCE SARL; and TOM'S TOYS, LLC,

Plaintiffs,

v.     4:12-cv-230

KAPLA USA, LP; KAPLA USA GP, LLC; CITIBLOCS, LLC; and MARJORIE I. CHAYETTE,

Defendants.

## ORDER

The parties in this case continue to miss the mark when responding to the Court's orders.

On February 24, 2014, the Court ordered the parties to file either a voluntary dismissal or a proposed pretrial order by March 10, 2014. ECF No. 83. Instead, the Plaintiffs filed a motion to vacate the Court's previous judgment. ECF No. 84. The Court denied the motion to vacate and gave the parties until March 14 to file either a voluntary dismissal or a proposed pretrial order. ECF No. 85.

On March 13, the parties instead filed a notice of settlement, again referencing the motion to vacate the previous order. ECF No. 86. The Court will not reconsider its previous ruling denying the motion to vacate. The Court appreciates that the parties are attempting to settle the remaining dispute, but they must do so within the bounds of the Court's orders.

In its previous order, the Court noted that it may dismiss this case pursuant to Federal Rule of Civil Procedure 41. This is the final warning. The Court **ORDERS** the parties to submit a voluntary dismissal pursuant to Rule 41 or a joint proposed pretrial order by 5:00PM on March 31, 2014. Failure to do so will result in dismissal of this case for want of prosecution. LR 41.1.

This 25 day of March 2014.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA