UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

T.V.D.B, SARL )
KAPLA FRANCE SARL; )
TOM'S TOYS, LLC, )
 )
    Plaintiffs, )
v. ) CASE NO. CV412-230
 )
KAPLA USA, LP )
KAPLA USA GP, LLC )
CITIBLOCS, LLC; and )
MARJORIE I. CHAYETTE )
 )
    Defendants, )
 )
 )

## ORDER

By consent of the parties as filed with the Court, this case is hereby **DISMISSED** with prejudice. The clerk of the Court is **DIRECTED** to close the case.

**SO ORDERED** this __1__ day of April, 2014.

_____
B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia